# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 30, 2025

*Before*

DIANE S. SYKES, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 25-8035 | IN RE:<br>KRISTINA PETROSIUS,<br>Petitioner |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-03572<br>Northern District of Illinois, Eastern Division<br>District Judge Georgia N. Alexakis |

The following are before the court:

1. **PETITIONER, KRISTINA PETROSIUS'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on December 8, 2025, by counsel for the petitioner.

2. **PETITIONER'S URGENT MOTION TO STAY THE CASE PENDING APPEAL**, filed on December 8, 2025, by counsel for the petitioner.

3. **PLAINTIFFS-RESPONDENTS' MOTION TO DISMISS PETITION FOR LEAVE TO APPEAL AS UNTIMELY AND TO DENY PETITIONER'S URGENT MOTION TO STAY**, filed on December 9, 2025, by counsel for the respondents.

4. **PETITIONER'S RESPONSE OPPOSING RESPONDENTS' MOTION TO DISMISS**, filed on December 10, 2025, by counsel for the petitioner.

**IT IS ORDERED** that the motion to dismiss is **GRANTED**. The petition for permission to appeal is **DISMISSED** because it is untimely. Fed. R. Civ. P. 23(f); *Nutraceutical Corp. v. Lambert*, 586 U.S. 188, 190 (2019).

**IT IS FURTHER ORDERED** that the motion to stay is **DENIED**.